IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01414-AP

BONITA JOHNSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

Defendant's Unopposed Motion to Remand (doc. #15), filed November 13, 2012, is **GRANTED.** This case is **REMANDED** to the Commissioner under **sentence six** of 42 U.S.C. § 405(g) for further agency action. *See Shalala v. Schaefer,* 509 U.S. 292 (1993).

**IT IS ORDERED** that, upon remand, the Appeals Council will continue to search for the missing hearing recording. If the recording cannot be located in a reasonable amount of time, the Appeals Council will remand the case for a de novo hearing before an administrative law judge (ALJ).

Dated at Denver, Colorado this 15th day of November, 2012.

                BY THE COURT:

                *s/John L. Kane*
                Judge John L. Kane
                United States District Court Judge