IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-1414-AP**

**BONITA JOHNSON,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## ORDER FOR ENTRY OF JUDGMENT

Kane, J.

Defendant's Unopposed Motion for Entry of Judgment (doc. #17), filed September 16, 2013, is **GRANTED**. Judgment shall enter for Plaintiff pursuant to Fed. R. Civ. P. 58(b).

Dated this 16th day of September, 2013.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court