IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01414-AP

BONITA JOHNSON,

    Plaintiff,

v.

CAROLYN W. COLVIN[1], Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the ORDER OF REMAND of November 15, 2012 entered by the Honorable Judge John L. Kane, it is hereby

ORDERED that this civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Furthermore, pursuant to and in accordance with the ORDER FOR ENTRY OF JUDGMENT of Sept. 16, 2013 entered by the Honorable Judge John L. Kane, it is also

ORDERED that Defendant's Unopposed Motion for Entry of Judgment (doc. #17), filed September 16, 2013, is GRANTED.

Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58.

Plaintiff may have her costs upon the filing of a Bill of Costs within fourteen days of the court's order.

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013 has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the defendant in this suit.

DATED at Denver, Colorado this 17th day of September, 2013.

                                        FOR THE COURT,
                                      JEFFREY P. COLWELL, Clerk

                                    By: s/ Edward P. Butler
                                          Edward P. Butler, Deputy Clerk